# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ERNEST T. FRIAR, JR.                                      PLAINTIFF

v.                              No. 1:18-cv-88-DPM

JACKSON COUNTY DETENTION
CENTER and NEWPORT POLICE
DEPARTMENT                                              DEFENDANTS

## ORDER

Friar moves to proceed *in forma pauperis*. № 1. His application is denied as moot because he's a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Friar v. Jackson County Sheriff Department*, № 1:14-cv-97-BSM; *Friar v. Jackson County Sheriff Department,* № 1:16-cv-27-BSM; and *Friar v. Wrightsville Unit*, № 4:17-cv-486-SWW. And nothing in Friar's complaint, № 2, shows that he was still in imminent danger of serious physical injury at the time he filed this lawsuit. 28 U.S.C. § 1915(g); *McAlphin v. Toney*, 281 F.3d 709, 711 (8th Cir. 2002).

Friar's complaint will be dismissed without prejudice. If Friar wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen this case by 17 December 2018. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 November 2018