IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERNEST T. FRIAR, JR.                                              PLAINTIFF

v.                     No. 1:18-cv-88-DPM

JACKSON COUNTY DETENTION
CENTER and NEWPORT POLICE
DEPARTMENT                                                       DEFENDANTS

## JUDGMENT

Friar's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2018